# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0202. CLINTON NALLEY et al v. CARROLL COUNTY, GEORGIA.

In this zoning case, plaintiffs Clinton Nalley, Amberly P. Nalley, The Barn at Nalley Properties, LLC, and Nalley Properties, LLC ("Plaintiffs") seek discretionary review of a superior court order denying their motion for summary judgment and granting summary judgment to Carroll County (the "County"). The order effectively denied Plaintiffs' request for a declaration that (i) their 2019 conditional use permit, which allowed them to use part of their property as a special event venue, also applied to new property they purchased in 2021 and (ii) the Nalleys had vested rights to use part of the new property as a special event facility. Plaintiffs challenge the superior court's ruling, arguing that it implicitly denied their vested rights argument.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II(1)). Because the superior court rejected Plaintiffs' challenge to the County ordinance and zoning decision, and Plaintiffs' challenge was based on the constitutional doctrine of vested rights, it appears that jurisdiction over this application may lie in the Supreme Court. As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 12/09/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.